```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


UNITES STATES OF AMERICA,    )   CASE NO. 2:20-cr-00339-APG-VCF
                             )
                 Plaintiff,  )
                             )
     vs.                     )
                             )
CEDRIC HOLDEN,               )   ORDER TEMPORARILY
                             )   UNSEALING NOTES
                 Defendant.  )
_____)
```

On October 6, 2021, Paige Christian, Transcriber, received a Transcript Order form requesting a transcript of the ex parte motion hearing held on October 4, 2021, from Heidi A. Ojeda, FPD, in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Heidi A. Ojeda, FPD.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this  22  day of  November , 2021.

_____
Cam Ferenbach, U.S. Magistrate Judge