1  STRENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   HEIDI OJEDA
3  Assistant Federal Public Defender
   Nevada State Bar No. 12223
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Heidi_Ojeda@fd.org

7  Attorney for Cedric Holden

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Cedric Holden,<br><br>　　　　Defendant. | Case No. 2:20-cr-00339-APG-VCF<br><br>**Stipulation to Order Probation to Prepare and Updated Presentence Investigation Report** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chui, Acting United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Cedric Holden, that this Court order Probation to use the Iowa PSR and update the offense level calculations related to this case and Mr. Holden's criminal history calculations.

1. Mr. Holden has entered into a plea agreement with the government. The parties requested that this Court set the change of plea and sentencing on the same day. A Stipulation requesting that has been filed contemporaneously with this request.

2. Mr. Holden was recently sentenced in the District of Iowa in 2021. A PSR report was prepared for that case. Since there is a current PSR available, the parties request that the Court order Probation to use the Iowa PSR and update the offense level calculations related to this case and Mr. Holden's criminal history calculations. Probation can take the information from subsection Section C from the Iowa PSR.

3. Defense counsel has conferred with Probation prior to making this request.

DATED this 22nd day of April 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHUI<br>United States Attorney |
| By */s/ Heidi Ojeda*<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By */s/ Brian Whang*<br>BRIAN WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States, | Case No. 2:20-cr-00339-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| Cedric Holden, | |
| Defendant. | |

IT IS ORDERED that this matter is referred to the probation department for the preparation of a presentence investigation and report wherein Probation shall update the Iowa PSR with the current offense and criminal history calculations.

DATED this 22nd day of April 2022.

_____
UNITED STATES DISTRICT JUDGE

3