RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIID OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Cedric Holden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00339-APG-VCF |
| Plaintiff, | |
| v. | **Stipulation to Set Joint Change of Plea and Sentencing Hearing** |
| Cedric Holden, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Cedric Holden, that this Court schedule a joint change of plea and sentencing hearing in forty-five (45) days.

The Stipulation is entered for the following reasons:

1. Mr. Holden has entered into a plea agreement with the government. The executed plea agreement has been forwarded to this Court's deputy clerk. The

parties request that this court set the change of plea and sentencing on the same day. This request will alleviate the need for an additional hearing and expedite resolution of this case. Under the terms of the plea agreement, there will be a joint recommendation in this case. The parties request that this hearing be scheduled in 45 days to permit probation to prepare the revised presentence investigation report.

2. Probation has no objection and can complete a revised presentence investigation report 45 days from the date of this order. Probation, however, requires an order from this Court directing it to prepare the report. Counsel will be submitting an additional stipulation, requesting the Court order Probation to prepare a revised PSR.

3. The defendant agrees with the request to have a joint plea and sentencing hearing.

DATED this 26th day of April 2022.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |

By */s/ Heidi Ojeda*  
HEIDI OJEDA  
Assistant Federal Public Defender

By */s/ Brian Whang*  
BRIAN WHANG  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-cr-00339-APG-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Cedric Holden, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the change of plea and sentencing hearing is scheduled on June 29, 2022 at the hour of 10:00 a.m. in LV Courtroom 6C.

DATED this 2nd day of May 2022.

_____
UNITED STATES DISTRICT JUDGE

3